UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLASTERERS LOCAL 67 PENSION TRUST FUND;
PLASTERERS LOCAL UNION 67 VACATION &
HOLIDAY FUND; PLASTERERS APPRENTICESHIP
TRUST FUND; and OUTSTATE MICHIGAN
TROWEL TRADES HEALTH & WELFARE FUND,

    Plaintiffs,

v.

CASE NO. 2:06-CV-10902

HON. DENISE PAGE HOOD

GERALD MILLIKEN, individually and
d/b/a G. L. MILLIKEN PLASTERING,

    Defendant.
_____/

## STIPULATION TO ENTRY OF AMENDED JUDGMENT

The undersigned hereby stipulate to the entry of the attached Amended Judgment.

Defendant acknowledges and agrees that he has fully read this Judgment and understands it, that he has been given the opportunity to consult with counsel and has declined to do so, and that the stipulation to the entry of the attached Amended Judgment is being executed freely and voluntarily by him without any duress or coercion.

[Continued on page 2.]

[Continued from page 1.]

## **STIPULATION TO ENTRY OF AMENDED JUDGMENT**

STIPULATED AND AGREED TO:

SACHS WALDMAN,
PROFESSIONAL CORPORATION

| | |
|---|---|
| s/ Hope L. Calati | s/ Gerald L. Milliken (by HLC, w/permission) |
| HOPE L. CALATI (P54426) | GERALD MILLIKEN, |
| Attorneys for Plaintiffs | individually and |
| 1000 Farmer St. | d/b/a G. L. MILLIKEN PLASTERING |
| Detroit, MI 48226 | 784 South Main |
| (313) 965-3464 | Chelsea, MI 48818 |
| | (734) 368-7555 |

Dated: April 28, 2007          Dated: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLASTERERS LOCAL 67 PENSION TRUST FUND;
PLASTERERS LOCAL UNION 67 VACATION &
HOLIDAY FUND; PLASTERERS APPRENTICESHIP
TRUST FUND; and OUTSTATE MICHIGAN
TROWEL TRADES HEALTH & WELFARE FUND,

      Plaintiffs,

CASE NO. 2:06-CV-10902

v.

HON. DENISE PAGE HOOD

GERALD MILLIKEN, individually and
d/b/a G. L. MILLIKEN PLASTERING,

      Defendant.
_____/

**AMENDED JUDGMENT**

At a session of said Court, held in the Theodore Levin United
States Courthouse in the City of Detroit, Michigan,
on   May 7, 2007

HON. DENISE PAGE HOOD
    UNITED STATES DISTRICT JUDGE

This matter having come before the Court on the parties' Stipulation for Entry of Amended Judgment between Plaintiffs and Defendant Gerald Milliken, both individually and d/b/a G. L. Milliken Plastering, and the Court being fully advised in the premises,

1.    Judgment shall be, and the same hereby is, entered in favor of Plaintiffs and against Defendant Gerald Milliken, both individually and d/b/a G. L. Milliken Plastering ("Defendant"), in

the amount of $38,277.67,[1] with interest to accrue on said amount as provided for in 28 USC §1961, from May 31, 2006, and Plaintiffs shall have full execution thereon.

2. This Judgment amends and supercedes the Default Judgment entered on May 31, 2006 in this matter.

3. This Judgment does not incorporate any amounts owing for work performed by Defendant after December, 2006.

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment.

DATED: May 7, 2007                                  s/ DENISE PAGE HOOD
                                                    UNITED STATES DISTRICT JUDGE

---

[1] The $38,277.67 amounts is the sum of the $2,251.09 balance on audited indebtedness for 1/01-3/04, plus the $17,570.22 revised audited indebtedness for 4/04-10/05, less a $1,913.32 credit for liquidated damages on the audit, plus $2,172.26 pursuant to 29 USC 1132(g)(2)(B) in lieu of liquidated damages on the audit, plus $2,172.26 pursuant to 29 USC 1132(g)(2)(C), plus $1,116.50 in attorneys fees and costs through 4/15/06, plus $2,275.38 in attorneys fees and costs from 4/16/06 through 2/7/07, plus $11,484.80 in additional contributions for 10/06-12/06, plus $1,148.48 in liquidated damages for 10/06-12/06.